No. 86–5003. GAMBRELL *v.* ACKERMAN, JUDGE, *ante,* p. 855. Petition for rehearing denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

DECEMBER 12, 1986

No. A–436. ANDRADE *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death and for certificate of probable cause, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

DECEMBER 15, 1986

No. 86–764. MERCHANTS NATIONAL BANK OF FORT SMITH *v.* UNITED STATES. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 53.

No. 86–731. MINGO ET AL. *v.* JAMES ET AL. Affirmed on appeal from D. C. S. D. Miss.

No. 86–654. PEREZ ET AL. *v.* PUERTO RICO. Appeal from Sup. Ct. P. R. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.